Case 2:15-cr-00269-RFB-BNW   Document 9   Filed 10/09/15   Page 1 of 2



```
                    FILED           RECEIVED
                    ENTERED         SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         OCT    8  2015

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
                 BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:15-CR-00269-LDG-(PAL) |
| MARK SMITH, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that defendant MARK SMITH pled guilty to Counts One and Two of a Two-Count Criminal Information charging him in Counts One and Two with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349. Criminal Information, ECF No. 3; Change of Plea, ECF No. 8; Plea Agreement, ECF No. 6.

This Court finds defendant MARK SMITH agreed to the imposition of the in personam criminal forfeiture money judgment of $165,000 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information. Criminal Information, ECF No. 3; Plea Agreement, ECF No. 6; Change of Plea, ECF No. 8.

This Court finds that MARK SMITH shall pay a criminal forfeiture money judgment of $165,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(A); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

1     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARK SMITH a criminal forfeiture money judgment in the amount of $165,000 in United States Currency.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk will provide three certified copies of this sealed order in a sealed envelope addressed: Attention Michael A. Humphreys, United States Attorney's Office, Asset Forfeiture Unit.

DATED this 8 day of Oct., 2015.

_____
UNITED STATES DISTRICT JUDGE