SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
smuralidhara@wmllawlv.com
Attorney for Defendant Smith

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:15-CR-00269-RFB-PAL-1 |
| MARK SMITH, | ) |
| Defendant. | ) |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(Seventh Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Nicholas Trutanich, United States Attorney, through Daniel J. Cowhig, Assistant United States Attorney; and Defendant Mark Smith, by and through his counsel, Sunethra Muralidhara, Esquire, Wright Marsh & Levy, that the sentencing hearing currently scheduled for May 23, 2019 at 4:00 p.m. be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The Defendant is not in custody and does not object to the continuance.

2. Since the sixth continuance of the sentencing date, new defense counsel has been appointed. Undersigned defense counsel was appointed on May 1, 2019. ECF 61.

3. Defense counsel needs additional time to review the case, meet with Mr. Smith, and prepare mitigation for a sentencing memorandum and presentation in support of a just and reasonable sentence.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the seventh request for a continuance of the sentencing hearing

Dated this 2nd day of May, 2019.

Respectfully submitted:

| WRIGHT MARSH & LEVY | NICHOLAS TRUTANICH |
| --- | --- |
| | UNITED STATES ATTORNEY |
| BY  */s/ Sunethra Muralidhara* | BY  */s/ Daniel J. Cowhig* |
| SUNETHRA MURALIDHARA, ESQUIRE | DANIEL J. COWHIG |
| Attorney for Defendant Smith | Assistant U.S. Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO. 2:15-CR-00269-RFB-PAL-1 |
| ) | |
| vs. ) | |
| ) | |
| MARK SMITH, ) | |
| ) | |
| Defendant. ) | |

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for May 23, 2019 at 4:00 p.m., be vacated and continued to August 22, 2019 at 2:00 PM

DATED: May 3, 2019

_____
RICHARD F. BOULWARE, II
United States District Judge