NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-269-RFB-BNW |
| Plaintiff, | NINTH STIPULATION TO CONTINUE SENTENCING |
| vs. | |
| MARK SMITH, | |
| Defendant. | |

It is hereby stipulated and agreed between the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and Sunethra Muralidhara, Esq., Wright, Marsh & Levy, counsel for defendant Mark Smith, that the sentencing hearing set for Thursday, November 14, 2019 at 11:00 a.m. in Courtroom 7C before the Honorable Richard F. Boulware, II be vacated and continued to a date and time convenient to the Court but no earlier than 30 days hence.

This stipulation is entered into for the following reasons:

1. This is a joint request by counsel for the United States and for the defendant;

2. The additional time requested by this stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2) which allows that "the Court may, for good cause, change any limits prescribed in this rule;"

3. Both counsel request this additional time to allow adequate time to research sentencing issues and prepare for the sentencing hearing;

4. Defendant Smith is at liberty on bond and consents to the continuance;

5. The United States Probation Office supervising defendant Smith has not reported any significant violation of the bond conditions;

6. This is the ninth such request for continuance;

7. The parties agree that this shall be the final request for continuance of sentencing in this matter.

For these reasons, the ends of justice would best be served by a continuance of the sentencing hearing to a date and time convenient to the Court but no earlier than 30 days hence.

A proposed order is attached.

Respectfully Submitted: November 13, 2019

| Counsel for the Defendant<br>MARK SMITH | NICHOLAS A. TRUTANICH,<br>United States Attorney |
|---|---|
| _____//s//_____<br>SUNETHRA MURALIDHARA, Esq.<br>Wright, Marsh & Levy | _____//s//_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARK SMITH,<br><br>　　　　　Defendant. | Case No. 2:15-cr-269-RFB-BNW<br><br>PROPOSED<br>FINDINGS OF FACT,<br>CONCLUSIONS OF LAW,<br>AND ORDER |

### Findings of Fact

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is a joint request by counsel for the United States and for the defendant;

2. The additional time requested by this stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2) which allows that "the Court may, for good cause, change any limits prescribed in this rule;"

3. Both counsel request this additional time to allow adequate time to research sentencing issues and prepare for the sentencing hearing;

4. Defendant Smith is at liberty on bond and consents to the continuance;

1

|     |                                                                                                      |
| --- | ---------------------------------------------------------------------------------------------------- |
| 1   | 5.    The United States Probation Office supervising defendant Smith has not reported |
| 2   | any significant violation of the bond conditions;                                                    |
| 3   | 6.    This is the ninth such request for continuance;                            |
| 4   | 7.    The parties agree that this shall be the final request for continuance of sentencing |
| 5   | in this matter.                                                                                      |

## Conclusions of Law

The ends of justice would be served by granting a continuance of the sentencing hearing. Were the continuance not granted, it would likely result in a miscarriage of justice, deny the parties sufficient time to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

## ORDER

IT IS HEREBY ORDERED, based upon the stipulation of the parties and the record in this case and for good cause shown, that the sentencing hearing currently scheduled for Thursday, November 14, 2019 at 11:00 a.m. is continued to __December 19__, 2019 at __2:30__ p.m. in Courtroom 7C.

IT IS SO ORDERED this November __13__, 2019:

_____
THE HONORABLE RICHARD F. BOULWARE, II
JUDGE, UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Daniel J. Cowhig, certify that the following individual was served with a copy of the NINTH STIPULATION TO CONTINUE SENTENCING on this date by the Electronic Case File system:

> Sunethra Muralidhara
> Wright, Marsh & Levy
> 300 S. Fourth Street, Suite 701
> Las Vegas, NV 89101
> Phone: (702) 382-4004
> Fax: (702) 382-4800
> Email: smuralidhara@wmllawlv.com
> Counsel for Mark Smith

DATED: November 13, 2019

                                    //s//
DANIEL J. COWHIG
Assistant United States Attorney