FILED ENTERED / RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 19 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:15-CR-269-RFB-BNW |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| MARK SMITH, | |
| Defendant. | |

This Court found that Mark Smith shall pay the in personam criminal forfeiture money judgment of $165,000 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(A); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p). Criminal Information, ECF No. 3; Plea Agreement, ECF No. 6; Arraignment and Plea, ECF No. 8; Preliminary Order of Forfeiture, ECF No. 9; Amendment of Plea Agreement, ECF No. 52.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $165,000 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Mark Smith the in personam criminal forfeiture money judgment of $165,000, not to be held jointly and severally liable with his codefendants and the collected money judgment amount between the codefendants is not to exceed $10,488,979.92 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C)

with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(A); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED ___December 19___, 2019.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE